Brian E. Bisol (State Bar No. 180672)
bbisol@bisolfirm.com
THE BISOL FIRM
19800 MacArthur Boulevard, Suite 1000
Irvine, California 92612-8400
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

Attorney for Defendants XR, LLC, a California Limited Liability Company; and Ari H. Suss, an individual

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| THE STOCKROOM, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>XR, LLC, a California Limited Liability Company; ARI H. SUSS, individually; and Does 1-10,<br><br>    Defendants. | Case No.: SACV08-01046 JVS (RNBx)<br><br>**DEFENDANTS XR, LLC AND ARI H. SUSS' ANSWER TO PLAINTIFF THE STOCKROOM, INC.'S COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; AND DEMAND FOR JURY TRIAL**<br><br>Complaint Filed: September 19, 2008 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

   COMES NOW defendants XR, LLC, a California Limited Liability Company ("XR"), and Ari H. Suss, an individual ("Suss"), (jointly "Defendant"), and answer the Complaint filed by plaintiff The Stockroom, Inc. ("Plaintiff"), a California Corporation, as follows:

## FACTS COMMON TO ALL CLAIMS FOR RELIEF

**A.    Parties.**

**Plaintiff**

1.    Answering paragraph no. 1 of the Complaint, Defendants are without sufficient information to form a belief as to the truth of the allegations contained in

1

THE BISOL FIRM
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612-8400
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; AND DEMAND FOR JURY TRIAL

said paragraph, and on that basis, deny each and every allegation contained therein.

2. Answering paragraph no. 2 of the Complaint, Defendants admit each and every allegation contained therein.

3. Answering paragraph no. 3 of the Complaint, Defendants admit Suss is a member of XR; whose principal employment is with the business of XR (located in Orange County, California), and Suss resides in the Central District of California. However, to the extent not admitted herein, Defendants deny the remaining allegations in said paragraph.

4. Answering paragraph no. 4 of the Complaint, Defendants admit each and every allegation contained therein.

5. Answering paragraph no. 5 of the Complaint, Defendants are without sufficient information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, deny each and every allegation contained therein.

**B.     Jurisdiction and Venue.**

6. Answering paragraph no. 6 of the Complaint, Defendants incorporate by reference their responses to paragraphs 1 through 5 of the Complaint, as though fully set forth herein.

1. Answering paragraph no. 1[1] of the Complaint, Defendants admit each and every allegation contained therein.

2. Answering paragraph no. 2 of the Complaint, Defendants admit venue in the Central District of California is proper pursuant to 28. U.S.C. §1321(b) based upon Defendants being residents in this District. Answering the remainder portion of paragraph no. 2 of the Complaint, Defendants are without sufficient information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis, deny each and every allegation contained therein.

---

[1] Please note Plaintiff has alleged multiple paragraph numbers 1-6. Defendants have answered the allegations of the Complaint as they appear in the Complaint.

THE BISOL FIRM
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612-8400
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

2

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; AND DEMAND FOR JURY TRIAL

3.      Answering paragraph no. 3 of the Complaint, Defendants admit venue in the Southern Division of the Central District of California is proper pursuant to General Order 349(1)(A)(i)(c) (C.D. Cal. January 30, 1995).  Answering the remainder portion of paragraph no. 3 of the Complaint, Defendants are without sufficient information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis, deny each and every allegation contained therein.

**C.    Facts.**

4.      Answering paragraph no. 4 of the Complaint, Defendants incorporate by reference their responses to paragraphs 1 through 3 of the Complaint, as though fully set forth herein.

5.      Answering paragraph no. 5 of the Complaint, Defendants admit each and every allegation contained therein.

6.      Answering paragraph no. 6 of the Complaint, Defendants are without sufficient information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, denies each and every allegation contained therein.

7.      Answering paragraph no. 7 of the Complaint, Defendants are without sufficient information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, denies each and every allegation contained therein.

8.      Answering paragraph no. 8 of the Complaint, Defendants deny each and every allegation contained therein.

9.      Answering paragraph no. 9 of the Complaint, Defendants deny each and every allegation contained therein.

10.     Answering paragraph no. 10 of the Complaint, Defendants admit that XR, as an authorized wholesaler of some of Plaintiff's products, was authorized by Plaintiff to utilize Plaintiff's photographs and descriptions to sell products XR purchased from Plaintiff.  However, to the extent not admitted herein, Defendants deny the remaining allegations in said paragraph.

THE BISOL FIRM
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612-8400
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

3

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; AND DEMAND FOR JURY TRIAL

# FIRST CLAIM FOR RELIEF
# FOR COPYRIGHT INFRINGEMENT
### (17 U.S.C. §§ 501-05, Against All Defendants)

11. Answering paragraph no. 11 of the Complaint, Defendants incorporate by reference their responses to paragraphs 1 through 10 of the Complaint, as though fully set forth herein.

12. Answering paragraph no. 12 of the Complaint, Defendants deny each and every allegation contained therein.

13. Answering paragraph no. 13 of the Complaint, Defendants deny each and every allegation contained therein.

14. Answering paragraph no. 14 of the Complaint, Defendants deny each and every allegation contained therein.

15. Answering paragraph no. 15 of the Complaint, Defendants deny each and every allegation contained therein.

16. Answering paragraph no. 16 of the Complaint, Defendants deny each and every allegation contained therein.

# SECOND CLAIM FOR RELIEF
# FOR VIOLATION OF LANHAM ACT
### (15 U.S.C. § 1125, Against All Defendants)

17. Answering paragraph no. 17 of the Complaint, Defendants incorporate by reference their responses to paragraphs 1 through 16 of the Complaint, as though fully set forth herein.

18. Answering paragraph no. 18 of the Complaint, Defendants deny each and every allegation contained therein.

19. Answering paragraph no. 19 of the Complaint, Defendants deny each and every allegation contained therein.

20. Answering paragraph no. 20 of the Complaint, Defendants admit that XR advertises with Google using Google Adwords.  Further, Defendants admit that when

THE BISOL FIRM
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612-8400
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

4

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; AND DEMAND FOR JURY TRIAL

Google's search engine is utilized, the search term "jt's stockroom" will result in XR's website "www.extremerestraints.com," along with others, come up as a clearly marked "Sponsored Links" for advertisers with Google.  Defendants are informed and believe that Plaintiff likewise utilizes Google Adwords, as Plaintiff's website comes up as a "Sponsored Links" when Google's search engine is utilized to look for XR's website.  However, to the extent not admitted herein, Defendants deny the remaining allegations in said paragraph.

21.     Answering paragraph no. 21 of the Complaint, Defendants deny each and every allegation contained therein.

22.     Answering paragraph no. 22 of the Complaint, Defendants deny each and every allegation contained therein.

23.     Answering paragraph no. 23 of the Complaint, Defendants deny each and every allegation contained therein.

24.     Answering paragraph no. 24 of the Complaint, Defendants deny each and every allegation contained therein.

25.     Answering paragraph no. 25 of the Complaint, Defendants deny each and every allegation contained therein.

26.     Answering paragraph no. 26 of the Complaint, Defendants deny each and every allegation contained therein.

### THIRD CLAIM FOR RELIEF
### FOR CONVERSION
### (Against All Defendants)

27.     Answering paragraph no. 27 of the Complaint, Defendants incorporate by reference their responses to paragraphs 1 through 26 of the Complaint, as though fully set forth herein.

28.     Answering paragraph no. 28 of the Complaint, Defendants deny each and every allegation contained therein.

29.     Answering paragraph no. 29 of the Complaint, Defendants deny each

THE BISOL FIRM
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612-8400
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

5

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; AND DEMAND FOR JURY TRIAL

and every allegation contained therein.

30. Answering paragraph no. 30 of the Complaint, Defendants deny each and every allegation contained therein.

31. Answering paragraph no. 31 of the Complaint, Defendants deny each and every allegation contained therein.

## FOURTH CLAIM FOR RELIEF
## FOR INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONS
### (Against All Defendants)

32. Answering paragraph no. 32 of the Complaint, Defendants incorporate by reference their responses to paragraphs 1 through 31 of the Complaint, as though fully set forth herein.

33. Answering paragraph no. 33 of the Complaint, Defendants are without sufficient information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, deny each and every allegation contained therein.

34. Answering paragraph no. 34 of the Complaint, Defendants are without sufficient information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, deny each and every allegation contained therein

35. Answering paragraph no. 35 of the Complaint, Defendants deny each and every allegation contained therein.

36. Answering paragraph no. 36 of the Complaint, Defendants admit XR entered into contract with TSX Toys wherein XR purchased certain items exclusively from TSX Toys. However, to the extent not admitted herein, Defendants deny the remaining allegations in said paragraph.

37. Answering paragraph no. 37 of the Complaint, Defendants are without sufficient information to form a belief as to the truth of the allegations contained in said paragraph as to what TSX Toys did, and on that basis, deny each and every allegation contained thereon as to what TSX Toys did. Defendants deny each and

THE BISOL FIRM
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612-8400
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

6

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; AND DEMAND FOR JURY TRIAL

every remaining allegation contained therein.

38. Answering paragraph no. 38 of the Complaint, Defendants deny each and every allegation contained therein.

39. Answering paragraph no. 39 of the Complaint, Defendants deny each and every allegation contained therein.

## FIFTH CLAIM FOR RELIEF
## FOR VIOLATION OF CAL. BUS. & PROF CODE § 17200
### (Against All Defendants)

40. Answering paragraph no. 40 of the Complaint, Defendants incorporate by reference their responses to paragraphs 1 through 39 of the Complaint, as though fully set forth herein.

41. Answering paragraph no. 41 of the Complaint, Defendants deny each and every allegation contained therein.

42. Answering paragraph no. 42 of the Complaint, Defendants deny each and every allegation contained therein.

43. Answering paragraph no. 43 of the Complaint, Defendants deny each and every allegation contained therein.

## SIXTH CLAIM FOR RELIEF
## FOR AN ACCOUNTING
### (Against All Defendants)

44. Answering paragraph no. 44 of the Complaint, Defendants incorporate by reference their responses to paragraphs 1 through 43 of the Complaint, as though fully set forth herein.

45. Answering paragraph no. 45 of the Complaint, Defendants deny each and every allegation contained therein.

46. Answering paragraph no. 46 of the Complaint, Defendants admit that Plaintiff appears to be requesting an accounting and related relief. However, Defendants deny Plaintiff is entitled to such relief.

THE BISOL FIRM
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612-8400
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; AND DEMAND FOR JURY TRIAL

# AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State Sufficient Facts)

47. As a first and separate affirmative defense to the Complaint, and each claim for relief contained therein, Defendants allege that the Complaint, and each purported claim for relief thereof, fails to state facts sufficient to constitute a claim for relief against Defendants.

## SECOND AFFIRMATIVE DEFENSE

### (Waiver)

48. As a second and separate affirmative defense to the Complaint, and each claim for relief contained therein, Defendants allege that Plaintiff has, by its own conduct and/or words, waived any purported claims set forth in the Complaint as against Defendants.

## THIRD AFFIRMATIVE DEFENSE

### (Uncertainty of Pleading)

49. As a third and separate affirmative defense to the Complaint, and each claim for relief contained therein, Defendants allege that the Complaint, and each purported claim for relief thereof, is ambiguous and uncertain, and accordingly, no relief may be obtained by Plaintiff.

## FOURTH AFFIRMATIVE DEFENSE

### (Estoppel)

50. As a fourth and separate affirmative defense to the Complaint, and each claim for relief contained therein, Defendants allege that the Complaint, and each purported claim for relief thereof, is barred, in whole or in part, by the doctrine of estoppel.

## FIFTH AFFIRMATIVE DEFENSE

### (Good Faith)

51. As a fifth and separate affirmative defense to the Complaint, and each

THE BISOL FIRM
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612-8400
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

8

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; AND DEMAND FOR JURY TRIAL

claim for relief contained therein, Defendants allege that the Complaint, and each purported claim for relief thereof, is barred, in whole or in part, as the acts and/or representations, if any, performed or made by Defendants were undertaken in good faith.

## SIXTH AFFIRMATIVE DEFENSE
### (Statute of Limitations)

52.  As a sixth and separate affirmative defense to the Complaint, and each claim for relief contained therein, Defendants allege that the Complaint, and each purported claim for relief thereof, is barred, in whole or in part, by the applicable statute of limitations, including but not limited to, California Code of Civil Procedure sections 337, 338, 339 and 340, and California Business and Professions Code Section 17208.

## SEVENTH AFFIRMATIVE DEFENSE
### (Laches)

53.  As a seventh and separate affirmative defense to the Complaint, and each claim for relief contained therein, Defendants allege that the Complaint, and each purported claim for relief thereof, is barred, in whole or in part, by the doctrine of laches.

## EIGHTH AFFIRMATIVE DEFENSE
### (Unclean Hands)

54.  As an eighth and separate affirmative defense to the Complaint, and each claim for relief contained therein, Defendants allege that the Complaint, and each purported claim for relief thereof, is barred, in whole or in part, as Plaintiff has been guilty of unclean hands as to the matters and transactions for which relief is sought therein.

## NINTH AFFIRMATIVE DEFENSE
### (Failure to Mitigate Damages)

55.  As a ninth and separate affirmative defense to the Complaint, and each

THE BISOL FIRM
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612-8400
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

9
DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; AND DEMAND FOR JURY TRIAL

claim for relief contained therein, Defendants allege that the Complaint, and each purported claim for relief thereof, is barred, in whole or in part, inasmuch as Plaintiff, in the exercise of reasonable diligence, could have mitigated its alleged damages, but Plaintiff failed to do so as to the matters and transactions for which relief is sought therein.

## TENTH AFFIRMATIVE DEFENSE
### (Conduct of Other Parties)

56.     As a tenth and separate affirmative defense to the Complaint, and each claim for relief contained therein, Defendants allege that the injuries and damages alleged in the Complaint, and each claim for relief therein, sustained by Plaintiff, if any, were either wholly, or in part, directly or proximately caused by the conduct of persons or entities other than Defendants, and said conduct is either imputed to Plaintiff by reason of the relationship between Plaintiff and said persons or entities, or comparatively reduces the proportion of liability, if any, of Defendants.

## ELEVENTH AFFIRMATIVE DEFENSE
### (Intervening or Supervening Causation)

57.     As a eleventh and separate affirmative defense to the Complaint, and each claim for relief contained therein, Defendants allege that Plaintiff's alleged damages, if any, resulted from an intervening or supervening cause over which Defendants had no control or responsibility.

## TWELFTH AFFIRMATIVE DEFENSE
### (Offset)

58.     As a twelfth and separate affirmative defense to the Complaint, and each claim for relief contained therein, Defendants allege that the Complaint, and each purported claim for relief thereof, is barred, in whole or in part, by claims and offsets that Defendants have against Plaintiff.

/ / / /

/ / / /

THE BISOL FIRM
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612-8400
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

10

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; AND DEMAND FOR JURY TRIAL

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Punitive Damages)

59. As a thirteenth and separate affirmative defense to the Complaint, and each claim for relief contained therein, Defendants allege that punitive damages are violative of the due process, equal protection and right to privacy provisions of the United States and California Constitutions, and that this Court therefore does not have subject matter jurisdiction to hear the punitive damage claims.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Misrepresentation)

60. As a fourteenth and separate affirmative defense to the Complaint, and each claim for relief contained therein, Defendants allege that the Complaint, and each purported claim for relief thereof, is barred, in whole or in part, by the misrepresentations made by Plaintiff.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Breach of Obligation Bars Recovery)

61. As a fifteenth and separate affirmative defense to the Complaint, and each claim for relief contained therein, Defendants allege that Plaintiff has breached its obligations to Defendants and/or Third Parties and consequently is barred from recovery of the relief it seeks.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Consent)

62. As a sixteenth and separate affirmative defense to the Complaint, and each claim for relief contained therein, Defendants allege that the Complaint, and each purported claim for relief thereof, is barred, in whole or in part, as Plaintiff consented to the acts complained of in the Complaint.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Proximate Cause)

63. As a seventeenth and separate affirmative defense to the Complaint,

THE BISOL FIRM
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612-8400
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

11

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES
AND INJUNCTIVE RELIEF; AND DEMAND FOR JURY TRIAL

and each claim for relief contained therein, Defendants allege that any damages claimed by Plaintiff was caused directly or proximately by Plaintiff's own fault or as a result of the conduct of others with respect to the matters alleged in the Complaint.

## EIGHTEENTH AFFIRMATIVE DEFENSE
### (Proportionate Damages)

64. As an eighteenth and separate affirmative defense to the Complaint, and each claim for relief contained therein, Defendants allege that if Plaintiff sustained any losses under the circumstances alleged in the Complaint, which Defendants deny, Defendants are liable only for that portion or any damages which correspond to their respective degree of fault or responsibility, and Defendants are not liable for any damages attributable to the responsibility, negligence or fault of Plaintiff, or any other individuals or entities, whether named or unnamed in the Complaint.

## NINETEENTH AFFIRMATIVE DEFENSE
### (Privilege)

65. As a nineteenth and separate affirmative defense to the Complaint, and each claim for relief contained therein, Defendants allege that if they engaged in the acts alleged in the Complaint, Defendants' acts were privileged and undertaken in good faith.

## TWENTIETH AFFIRMATIVE DEFENSE
### (Justification)

66. As a twentieth and separate affirmative defense to the Complaint, and each claim for relief contained therein, Defendants allege that the acts done by them, if any, were done in pursuit and protection of their contractual and other rights, and as such were fully justified.

/ / / /

/ / / /

THE BISOL FIRM
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612-8400
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

## TWENTY-FIRST AFFIRMATIVE DEFENSE
### (Competitor's Privilege)

67. As a twenty-first and separate affirmative defense to the Complaint, and each claim for relief contained therein, Defendants allege that the acts done by them, if any, that allegedly interfered with Plaintiff's contractual relationship with TSX Toys were privileged in that XR is a competitor of Plaintiff in the business, the relationship between Plaintiff and TSX Toys concerned a matter involved in the competition between XR and Plaintiff, Defendants did not employ wrongful means, the actions did not create or continue an unlawful restraint of trade, and the purpose of Defendants' conduct was to advance XR's interest in competing with Plaintiff.

## TWENTH-SECOND AFFIRMATIVE DEFENSE
### (Conduct Not Likely to Mislead)

68. As a twenty-second and separate affirmative defense to the Complaint, and each claim for relief contained therein, Defendants allege that the Complaint, and each purported claim for relief thereof, is barred, in whole or in part, as the alleged acts and/or practices of Defendants are not likely to cause confusion in the marketplace and deceive the public.

## TWENTY-THIRD AFFIRMATIVE DEFENSE
### (Conduct Not Unlawful)

69. As a twenty-third and separate affirmative defense to the Complaint, and each claim for relief contained therein, Defendants allege that the Complaint, and each purported claim for relief thereof, is barred, in whole or in part, as the alleged acts and/or practices of Defendants were not unlawful.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE
### (Business Justification)

70. As an twenty-fourth and separate affirmative defense to the Complaint, and each claim for relief contained therein, Defendants allege that the Complaint, and each purported claim for relief thereof, is barred, in whole or in part, as the

THE BISOL FIRM
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612-8400
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

13

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES
AND INJUNCTIVE RELIEF; AND DEMAND FOR JURY TRIAL

alleged acts and/or practices of Defendants were and are not unfair within the meaning of Business and Professions Code §17200, and in fact, if Defendants did engage in the alleged acts and/or practices, Defendants had a valid business justification for doing so.

### TWENTY-FIFTH AFFIRMATIVE DEFENSE
### (Federal Preemption)

71.     As a twenty-fifth and separate affirmative defense to the Complaint, and each claim for relief contained therein, Defendants allege that the Plaintiff's claim for certain competition in violation of California Business and Professions Code §17200, is barred, in whole or in part, as the alleged acts and/or practices of Defendants are regulated by Federal Law.  Accordingly, Plaintiff's claim for relief is preempted, as it attempts to establish an impermissible form of state regulation.

### TWENTY-SIXTH AFFIRMATIVE DEFENSE
### (Invalid Copyright)

72.     As a twenty-sixth and separate affirmative defense to the Complaint, and each claim for relief contained therein, Defendants allege that the Complaint, and each purported claim for relief therein, is barred, in whole or in part, as Plaintiff's copyright and/or copyright registration are invalid.

### TWENTY-SEVENTH AFFIRMATIVE DEFENSE
### (Fair Use – 17 U.S.C. §107)

73.     As a twenty-seventh and separate affirmative defense to the Complaint, and each claim for relief contained therein, Defendants allege that the Complaint, and each purported claim for relief therein, is barred, in whole or in part, as Defendants claimed use of the copyrighted material, if any, was privileged under the Doctrine of Fair Use.

### TWENTY-EIGHTH AFFIRMATIVE DEFENSE
### (Merge and/or Scenes a Faire)

74.     As a twenty-eighth and separate affirmative defense to the Complaint,

THE BISOL FIRM
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612-8400
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

14

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; AND DEMAND FOR JURY TRIAL

and each claim for relief contained therein, Defendants allege that the Complaint, and each purported claim for relief therein, is barred, in whole or in part, as Plaintiff's copyright infringement claim is barred by the doctrines of merger and/or scenes a faire.

### **TWENTY-NINTH AFFIRMATIVE DEFENSE**
### **(Not a Valid Trademark)**

75. As a twenty-ninth and separate affirmative defense to the Complaint, and each claim for relief therein, Defendants allege that the Complaint, and each purported claim for relief therein, is barred, in whole or in part, as "JT's Stockroom" is not a valid and protectable trademark.

### **THIRTIETH AFFIRMATIVE DEFENSE**
### **(No Trademark Use)**

76. As a thirtieth and separate affirmative defense to the Complaint, and each claim for relief therein, Defendants did not use any of Plaintiff's trademarks, including, but not limited to, "JT's Stockroom."

**WHEREFORE**, Defendants pray for judgment as follows:

(1) For judgment in favor of Defendants and against Plaintiff;

(2) For costs of suit incurred and to be incurred herein;

(3) For reasonable attorney's fees, to the extent available by law; and

(4) For such other and further relief as the Court may deem just and proper.

DATED: October 20, 2008              THE BISOL FIRM

By:            s/ Brian E. Bisol
  ───────────────────────────────
  Brian E. Bisol, Esq.
  Attorney for Defendants XR, LLC, a
  California Limited Liability Company;
  and Ari H. Suss, an individual

THE BISOL FIRM
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612-8400
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

15

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; AND DEMAND FOR JURY TRIAL

# DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38, Defendants hereby demand a jury trial of any issues in this action so triable.

DATED: October 20, 2008        THE BISOL FIRM

By:        s/ Brian E. Bisol
_____
Brian E. Bisol, Esq.
Attorney for Defendants XR, LLC, a
California Limited Liability Company;
and Ari H. Suss, an individual

THE BISOL FIRM
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612-8400
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

16

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES
AND INJUNCTIVE RELIEF; AND DEMAND FOR JURY TRIAL

Brian E. Bisol (State Bar No. 180672)
bbisol@bisolfirm.com
THE BISOL FIRM
19800 MacArthur Boulevard, Suite 1000
Irvine, California 92612-8400
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

Attorney for Defendants XR, LLC, a
California Limited Liability Company;
and Ari H. Suss, an individual

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| THE STOCKROOM, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>XR, LLC, a California Limited Liability Company; ARI H. SUSS, individually; and Does 1-10,<br><br>Defendants. | Case No.: SACV08-01046 JVS (RNBx)<br><br>**CERTIFICATE OF SERVICE**<br><br>Complaint Filed: September 19, 2008 |

I hereby certify that on October 20, 2008, the foregoing document entitled: **DEFENDANTS XR, LLC AND ARI H. SUSS' ANSWER TO PLAINTIFF THE STOCKROOM, INC.'S COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; AND DEMAND FOR JURY TRIAL** was served by electronic mail through the Court's Electronic Filing System on the following counsel at the following electronic mail addresses:

Clyde DeWitt, Esq.  clydedewitt@earthlink.net

Executed this 20th day of October, 2008.

s/ Brian E. Bisol<br>_____<br>Brian E. Bisol

THE BISOL FIRM
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612-8400
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

17

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES
AND INJUNCTIVE RELIEF; AND DEMAND FOR JURY TRIAL