Brian E. Bisol (State Bar No. 180672)
bbisol@bisolfirm.com
THE BISOL FIRM
19800 MacArthur Boulevard, Suite 1000
Irvine, California 92612-8400
Telephone:  (949) 769-3680
Facsimile:   (949) 263-0005

Attorney for Defendants XR, LLC, a
Maryland Limited Liability Company,
and Ari H. Suss, an individual

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| THE STOCKROOM, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>XR, LLC, a California Limited Liability Company; ARI H. SUSS, individually; and Does 1-10,<br><br>Defendants. | Case No.:  SACV 08-01046 JVS (RNBx)<br><br>**DEFENDANTS' NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**Hearing:**       **July 13, 2009**<br>**Time:**           **1:30 p.m.**<br>**Department:**  **10C**<br><br>Complaint Filed:  September 19, 2008<br>Trial Date:            December 8, 2009 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 13, 2009, at 1:30 p.m., or as soon thereafter as counsel may be heard in Courtroom No. 10C of the above-entitled Court, located at 411 West Fourth Street, Santa Ana, California 92701, Defendants XR, LLC, a Maryland limited liability company, and Ari H. Suss (jointly, "Defendants") will, and hereby do, move for an Order for partial summary judgment.

This Motion is brought pursuant to Federal Rules of Civil Procedure Rules 12(b)(1) and 12(b)(6), on the following basis:

- 1 -
DEFENDANTS' NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT

THE BISOL FIRM
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612-8400
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

Count I: This Court lacks jurisdiction to hear and Plaintiff has failed to state a cause of action for claims of infringement falling outside the scope of Plaintiff's 2002 Copyright Registration, which is limited to photographs taken by Steve Diet Goedde in 2000.

Count II: Plaintiff fails to state a claim for violation of the Lanham Act based upon the conduct relating to the infringement of Plaintiff's copyright. Such claims are preempted by the Copyright Act, 17 U.S.C. §101, *et seq*.

Count III: Plaintiff's fails to state a claim for conversion because its claim is based on allegations relating to the infringement of Plaintiff's copyright and, therefore, is preempted by the Copyright Act.

Count V: Plaintiff's claim for unfair competition, Cal. Bus. Prof. Code §17200, is based on allegations relating to the infringement of Plaintiff's copyright and, therefore, is preempted by the Copyright Act.

In addition, this Motion is made following the Conference of Counsel pursuant to L.R. 7-3 which took place on June 1, 2009.

This Motion will be based on this Notice of Motion, the Memorandum of Points and Authorities filed concurrently herewith, and on the records and files herein, and such evidence as may be presented at the hearing of the Motion.

DATED: June 22, 2009                    THE BISOL FIRM

By /s/ Brian E. Bisol
_____
Brian E. Bisol
Attorneys for Defendants
XR, LLC and Ari H. Suss

THE BISOL FIRM
19800 MacArthur Boulevard
Suite 1000
Irvine, California 92612-8400
Telephone: (949) 769-3680
Facsimile: (949) 263-0005

- 2 -
DEFENDANTS' NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT